**Order entered October 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00699-CV

## IN THE INTEREST OF C.B. AND V.H., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00992-X**

## ORDER

Appellant's brief in this termination of parental rights case is overdue. Because these types of cases must be handled expeditiously, appellant is **ORDERED** to file appellant's brief within **FIFTEEN DAYS** of the date of this order. Failure to file the brief by the time specified may result in an order for the trial court to conduct a hearing to determine why appellant's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel.

/s/    KEN MOLBERG
         JUSTICE